JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| PARDIS RAHBARAN, | CASE NO.: SACV12-1238 AG (ANx) |
| Plaintiff, | Hon. Andrew J. Guilford |
| vs. | [PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |
| METROPOLITAN LIFE INSURANCE COMPANY; METLIFE OPTIONS AND CHOICES PLAN, | [Stipulation filed concurrently] |
| Defendants. | Complaint Filed: August 1, 2012 |

w:\documents and settings\phb\local settings\temporary internet files\olk21\propsd order on dismissal.doc

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

# [PROPOSED] ORDER

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys' fees and costs, the entire action is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: May 16, 2013

JUDGE, UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA